**STATE v. TROXLER**

[359 N.C. 178 (2004)]

STATE OF NORTH CAROLINA v. JAMES LEE TROXLER

No. 58PA04

(Filed 3 December 2004)

On discretionary review pursuant to N.C.G.S. § 7A-31 of a unanimous, unpublished decision of the Court of Appeals, 162 N.C. App. 182, 590 S.E.2d 333 (2004), finding no error in the judgment entered 24 July 2002 by Judge Howard R. Greeson, Jr. in Superior Court, Guilford County. Heard in the Supreme Court 9 November 2004.

*Roy Cooper, Attorney General, by John F. Maddrey, Special Deputy Attorney General, for the State.*

*Ann B. Petersen for defendant-appellant.*

PER CURIAM.

DISCRETIONARY REVIEW IMPROVIDENTLY ALLOWED.

Justice NEWBY did not participate in the consideration or decision of this case.